UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Keith Perry,<br><br>    Plaintiff,<br>v.<br><br>Comenity LLC,<br><br>    Defendant. | Civil Action No.: 8:12-cv-00409-JFB-TDT |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 11, 2013

                Respectfully submitted,

              By: */s/ Sergei Lemberg*

                Sergei Lemberg, Esq.
                Lemberg & Associates L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Nebraska Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg