IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEITH PERRY,

        Plaintiff,

vs.

COMENITY, LLC,

        Defendant.

8:12CV409

ORDER

Upon notice of settlement (Filing No. 14) given to the magistrate judge on July 11, 2013, by Sergei Lemberg, attorney for the plaintiff,

**IT IS ORDERED that**:

1. On or before **August 12, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled telephone planning conference is cancelled upon the representation that this case is settled.

Dated this 11th day of July, 2013.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge