# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| Keith Perry, | : |
| | : |
| | : Civil Action No.: 8:12-cv-00409-JFB-TDT |
| Plaintiff, | : |
| v. | : |
| | : |
| Comenity LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Comenity LLC with prejudice and without costs to any party.

| Keith Perry | Comenity LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Kyle Wallor |
| Sergei Lemberg, Esq. | Kyle Wallor, #21346 |
| BBO No.: 650671 | Jason W. Grams, #24596 |
| LEMBERG & ASSOCIATES | LAMSON, DUGAN & MURRAY, LLP |
| 1100 Summer Street, 3rd Floor | 10306 Regency Parkway Drive |
| Stamford, CT  06905 | Omaha, NE 68114 |
| (203) 653-2250 | (402) 397-7300 |
| Attorney for Plaintiff | Attorneys for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 20, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Nebraska Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg

              Sergei Lemberg