# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| Keith Perry,<br><br>              Plaintiff,<br>v.<br><br>Comenity LLC,<br><br>              Defendant. | Civil Action No.: 8:12-cv-00409-JFB-TDT |

## ORDER OF DISMISSAL

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 24th day of September, 2013

                                                      s/ Joseph F. Bataillon<br>
                                                      United States District Judge